IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| CAPROCK MILLING & CRUSHING, LLC, | |
| Plaintiff, | |
| v. | 2:24-CV-038-Z |
| PERDUE AGRIBUSINESS LLC, | |
| Defendant. | |

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION**

Before the Court are the findings, conclusions, and recommendation of the United States Bankruptcy Judge ("FCR") (ECF No. 2) to grant the Defendants' Motion to Withdraw Reference (ECF No. 1). No objections to the FCR have been filed. After making an independent review of the pleadings, files, and records in this case, the Court **ADOPTS** the Bankruptcy Judge's FCR. The Motion to Withdraw Reference is **GRANTED** pursuant to 28 U.S.C. § 157(d).

**SO ORDERED**.

September 17, 2024

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE